AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] *in a civil action* | June 2, 2008    at   2:05 PM |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Charles Kastner | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: POB Torino's Gourmet Kitchen
22 W. 56th Street, New York, NY 10019
Manny Kess, an individual

☒ Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ *place of business* with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were left: Spiro Argiridiadis - Co-worker/Auth.to Accept
Desc: White Male, Black Hair, 36 yrs., 5'10, 180 lbs

☐ Returned unexecuted:

Mailing a copy personal and confidential on 6/4/08

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 4, 2008
　　　　　　　Date　　　　　　　Signature of Server

**LYNN M. TRANQUELLINO**
Notary Public, State of New York
No. 1TR5031219
Qualified in Nassau County
Commission Expires August 1, 20__

Charles Kastner - #957455
Valley Stream, NY

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.