Dalton #28-1014
Case #08CV 4957
5/29/08

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> in a civil action | DATE June 2, 2008 at 2:05 PM |
| NAME OF SERVER *(PRINT)* Charles Kastner | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 22 W. 56th Street, New York, NY 10019
Torino's Gourmet Kitchen

☒ Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ place of business with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Spiro Argiridiadis, Manager, Auth. to Accept
Desc: White Male, Black Hair, 36 yrs., 5'10, 180 lbs.

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 4, 2008
                Date            Signature of Server

Charles Kastner - #957455
Valley Stream, NY
Address of Server

LYNN M. TRANQUELLINO
Notary Public, State of New York
No. ITR5031219
Qualified in Nassau County
Commission Expires August 1,

*[signature: Lynn M. Tranquellino]*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.