07/22/2008 16:54   17182639598            DALTON LAW                         PAGE 02/12

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08

# MEMO ENDORSED

4

**VINCENT M. LENTINI**
COUNSELOR AT LAW
600 OLD COUNTRY ROAD SUITE 202
GARDEN CITY, NEW YORK 11530

ADMITTED TO PRACTICE           PHONE: (516) 228-3214
IN CONNECTICUT & NEW YORK      FAX:   (516) 228-4232

July 22, 2008

Via Fax (718) 263-9598
Roman Avshalumov, Esq.
Helen F. Dalton & Associates P.C.
69-12 Austin Street
Forest Hills NY 11375

                Re: Flores v. Torino's et al.,
                Case No. 08-cv-4957

Dear Roman:

    As per our conversation of earlier this week and today, as well as my letter to July 16, 2008 and our conference call with Judge Buchwald's chambers today this letter shall serve to confirm that I shall be representing the defendants in this matter.

    This letter shall also serve to confirm that you have agreed to extend my client's time to answer or otherwise move in this matter to September 5, 2008 and that in consideration of the same defendant's waive any defense of lack of proper service in connection with such an extension.

    Please acknowledge your consent to the above by executing this letter in the space indicated below and faxing a copy of the letter to me with a full copy of the complaint.

    I will then fax this letter to Judge Buchwald's chambers.

                        Very truly yours,

                        Vincent M. Lentini

*So Ordered.*
*/s/ Naomi Reice Buchwald, USDJ*
*8/4/08*

The above is agreed to: _____

Roman Avshalumov, Esq.
Helen F. Dalton & Associates P.C.
Counsel for Plaintiff

C:\Lentini2\torino flores atty letter1.wpd