08/29/2008  14:45    17182639598                    DALTON LAW                    PAGE  01/01



RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD

SEP - 2 2008

UNITED STATES DISTRICT JUDGE

# MEMO ENDORSED



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-4-08

## VINCENT M. LENTINI
### COUNSELOR AT LAW
### 600 OLD COUNTRY ROAD SUITE 202
### GARDEN CITY, NEW YORK  11590

**ADMITTED TO PRACTICE
IN CONNECTICUT & NEW YORK**

PHONE:  (516) 228-3214
FAX:    (516) 228-4292

August 29, 2008

Via Fax (718) 263-9598
Roman Avshalumov, Esq.
Helen F. Dalton & Associates P.C.
69-12 Austin Street
Forest Hills NY 11375

**MEMO ENDORSED**

Re: Flores v. Torino's et al.,
Case No. 08-cv-4957

Dear Roman:

As per our conversation of earlier this week, this letter shall also serve to confirm that you have agreed to extend my client's time to answer or otherwise move in this matter from September 5, 2008 to October 3, 2008 and that in consideration of the same defendant's waive any defense of lack of proper service in connection with such an extension.

Please acknowledge your consent to the above by executing this letter in the space indicated below and faxing a copy of the letter to me with a full copy of the complaint.

I will then fax this letter to Judge Buchwald's chambers.

Very truly yours,

Vincent M. Lentini

*So Ordered.*

*Naomi Reice Buchwald, USDJ*

*9/3/08*

The above is agreed to

Roman Avshalumov, Esq.
Helen F. Dalton & Associates P.C.
Counsel for Plaintiff

C:\Lentini2\torino flores atty letter2.wpd