

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

CARMEN A. FLORES on her own behalf
and on behalf of others similarly
situated,

                    Plaintiff,

    - v -

TORINO'S GOURMET KITCHEN and MANNY
KESS, an individual,

                    Defendants.

-----------------------------------X

**ORDER**

08 Civ. 4957 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** the parties entered into a Confidential Settlement Agreement in this case on October 10, 2008; and

    **WHEREAS** the Court so ordered a Stipulation and Order of Dismissal on October 30, 2008; and

    **WHEREAS** the Settlement Agreement set forth a schedule of payments that called for eight consecutive payments of $1,000 by defendants to plaintiff's counsel's office on the 30th of each month; and

    **WHEREAS** the Settlement Agreement further provided that in the case of breach and failure to cure within five business days of a notice to cure, a judgment in the amount of $8,000 may be

entered in plaintiff's favor, less the amount already paid, plus interest and $1,500 in attorney's fees; and

**WHEREAS** plaintiff's counsel has represented to this Court that plaintiff has received only the first payment installment, and defendants have failed to respond to multiple notices to cure and a Notice of Default; it is hereby

**ORDERED** that plaintiff have judgment against defendants in the amount of $8,500.

Dated:   New York, New York
         March 12, 2009

                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE

A copy of the foregoing Order has been mailed on this date to the following:

**Attorney for Plaintiff**
Roman Avshalumov, Esq.
Helen F. Dalton & Associates. PC
69-12 Austin Street
Forest Hills, NY 11375

**Attorney for Defendants**
Vincent M. Lentini, Esq.
600 Old Country Road, Suite 202
Garden City, NY 11530